# Third District Court of Appeal
## State of Florida

Opinion filed January 5, 2022.
Not final until disposition of timely filed motion for rehearing.

————————

No. 3D21-2184
Lower Tribunal No. F18-17750

————————

**Reinier Gonzalez-Etupinan,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Alberto Milian, Judge.

M. Jordi Zaragoza, P.A., and M. Jordi Zaragoza (Fort Pierce), for appellant.

Ashley Moody, Attorney General, for appellee.

Before SCALES, HENDON, and MILLER, JJ.

PER CURIAM.

Affirmed.